UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:13-cr-132 |
| | ) | |
| SCHICKELL BEST, | ) | |
| | ) | |
| Defendant. | ) | |

FINDINGS AND RECOMMENDATION
OF THE MAGISTRATE JUDGE UPON A
SUPERVISED RELEASE REVOCATION HEARING

TO:   THE HONORABLE JAMES T. MOODY
      UNITED STATES DISTRICT COURT

This matter came on for hearing before the Honorable Andrew P. Rodovich, United States Magistrate Judge, on September 18, 2019. The United States Government appeared by counsel Assistant United States Attorney Thomas McGrath. Defendant Schickell Best appeared in person and by counsel Matthew Soliday and in the custody of the United States Marshal.

A Supervised Release Revocation Hearing was held. Based upon the record of proceedings the court makes this Report and Recommendation.

The defendant, Schickell Best, pled guilty to Count 2 of the Indictment, felon in possession of a firearm, and was sentenced to a term of imprisonment of 51 months followed by a supervised release term of 24 months.

On May 22, 2018, a Petition for Warrant for Offender Under Supervision was filed alleging that the defendant had violated the terms and conditions of his supervised release.

On January 29, 2019, the defendant was arrested.

On January 29, 2019, the Initial Appearance was held.

On February 5, 2019, the defendant was ordered to be held without bond.

On February 6, 2019, the U.S. Probation Office filed a Summary Report of Violations [DE 58].

On August 21, 2019, the parties filed the Agreed Disposition of Supervised Release Violations [DE 59].

On September 4, 2019, the defendant by counsel filed a Motion to Transfer Case to Magistrate Judge, which was granted.

On September 9, 2019, District Judge James T. Moody issued an Order Referring Case for a Report and Recommendation for the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. §§ 3401(i) and 3583(e) and Federal Rule of Criminal Procedure 32.1.

As a result of the September 18, 2019, Supervised Release Revocation Hearing I FIND as follows:

1. that the defendant has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;
2. that the defendant understands the proceedings, allegations and his rights;
3. that the violations alleged in the Petition for Warrant for Offender Under Supervision and Probation Report are Grade A and C violations, the defendant's criminal history category is VI, and the statutory maximum sentence that may be imposed is 2 years imprisonment;

4. that the defendant knowingly and voluntarily admitted that he committed the Grade C violations set forth on page 2 of the Agreed Disposition of Supervised Release Violations;

5. that the parties have waived their right to appear before Judge Moody for the Supervised Release Revocation Hearing and Sentencing pursuant to Federal Rule of Criminal Procedure 43(a)(3).

I RECOMMEND to Judge Moody as follows:

6. that the defendant be adjudged to have committed the violations of his supervised release described on page 2 of the Agreed Disposition of Supervised Release Violations;

7. that the supervised release of the defendant be revoked;

8. that the agreement of the parties be accepted and the defendant be ordered committed to the United States Bureau of Prisons forthwith to serve 12 months and 1 day imprisonment, including receipt of credit for time served while in federal custody;

9. that after successful completion of the additional term of imprisonment the defendant not continue on supervised release; and

10. that the sentence be imposed without the defendant making an additional court appearance.

The parties agreed to waive any objections to these Findings and Recommendation.

ENTERED this 18th day of September, 2019.

/s/ Andrew P. Rodovich
United States Magistrate Judge