UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:13 CR 132 |
| | ) | |
| SCHICKELL BEST | ) | |

### O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge dated September 18, 2019 (DE # 64), to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violation of supervised release described on page 2 of the Agreed Disposition of Supervised Release Violations (DE # 59). Defendant's term of supervised release is **REVOKED** and defendant is hereby committed to the United States Bureau of Prisons to serve a term of imprisonment of twelve (12) months and one (1) day, including receipt of credit for time served while in federal custody. After successful completion of the additional term of imprisonment, defendant shall not continue on supervised release. This sentence shall be imposed without requiring defendant to make an additional court appearance.

                                                      **SO ORDERED.**

Date: September 24, 2019

                                                 s/ James T. Moody
                                                 JUDGE JAMES T. MOODY
                                                 UNITED STATES DISTRICT COURT